**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 4/20/20**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TYQUAN DUPONT,

Defendant.

No. 17-CR-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The conference currently scheduled for April 24, 2020 is adjourned to June 19, 2020 at 11:30 a.m.

SO ORDERED.

Dated:  April 20, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge